# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-1163-CNS

D.B.U. *et al.*,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Respondents-Defendants.

## PROOF OF SERVICE PURUSANT TO COURT ORDER (ECF 10)

Pursuant to this Court's Order, ECF 10, dated April 14, 2025, undersigned counsel hereby submits this Proof of Service.

Counsel for Petitioners-Plaintiffs provided prompt emailed notifications of each document filed in this case beginning on Saturday April 14, 2025 at 7:36 PM, with the notification of the filing of the lawsuit, with attached pleadings going via email to Acting U.S. Attorney for the District of Colorado Bishop Grewell and Chief of the Civil Division Kevin Traskos.  Email notice of subsequent filings was sent to Mr. Traskos of the United States Attorney's Office for the District of Colorado to the email address indicated:

    Kevin Traskos
    Chief, Civil Division
    United States Attorney's Office | District of Colorado
    1801 California Street, Suite 1600
    Denver, CO  80202
    Work cell: (720) 226-3595
    Email:   kevin.traskos@usdoj.gov

Undersigned counsel ensured that each docket entry was promptly provided to counsel, up to and including this Court's Minute Order, ECF 10, dated April 14, 2025.

Mr. Traskos confirmed receipt of each email notification. See Ex. A, 2025-04-12 to 2025-04-14 (Neel-Traskos email string).

Counsel for Petitioners-Plaintiffs has also served Respondents-Defendants with all documents listed below, identified by ECF number, to the United States Attorney's Office for the District of Colorado by overnight mail to be delivered by 10:30 AM on April 15, 2025, with a requirement of signature upon receipt.

**Civil process clerk at the United States Attorney's Office**
United States Attorney's Office, District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

| | |
|---|---|
| ECF 1 | Class Petition for Writ of Habeas Corpus |
| ECF 1-1 | Civil Cover Sheet |
| ECF 2 | Petitioners' Emergency Motion for Temporary Restraining Order |
| ECF 2-1 | Barber Attorney Affirmation |
| ECF 2-2 | Hightower Attorney Affirmation |
| ECF 2-3 | Proposed Order Granting Motion for Temporary Restraining Order |
| ECF 3 | Motion for Leave to Appear Under Pseudonym |
| ECF 4 | Motion for Class Certification |
| ECF 4-1 | Declaration of Galindo in Support of Motion for Class Certification |
| ECF 5 | Case Assignment to Judge Charlotte N. Sweeney |
| ECF 6 | Notice of Entry of Appearance by Timothy R. Macdonald |
| ECF 7 | Notice of Entry of Appearance by Timothy R. Macdonald |
| ECF 8 | Notice of Entry of Appearance by Emma Mclean-Riggs |
| ECF 9 | Consent/Non-Consent Form Magistrate Judge |
| ECF 10 | Minute Order on Emergency Motion for Temporary Restraining Order |
| ECF 11 | Order Granting Motion for Leave to Appear Under Pseudonym |

See Ex. B, Proof of Overnight Service.

Further, counsel for Petitioners-Plaintiffs is effectuating service of process on Respondents-Defendants pursuant to Federal Rule of Civil Procedure 4(i) which will be completed by April 15, 2025.

Dated: April 14, 2025

Respectfully submitted,

*s/ Sara R. Neel*

_____
Timothy R. Macdonald
Sara R. Neel
Emma Mclean-Riggs
Anna I. Kurtz
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF COLORADO
303 E. 17th Avenue
Denver, CO 80203
(720) 402-3107
sneel@aclu-co.org
emcleanriggs@aclu-co.org
akurtz@aclu-co.org

Lee Gelernt*
Daniel Galindo*
Ashley Gorski*
Patrick Toomey*
Sidra Mahfooz*
Omar Jadwat
Hina Shamsi*

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor

New York, NY 10004

(212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
odjadwat@aclu.org
hshamsi@aclu.org

Noelle Smith*
Oscar Sarabia Roman*
My Khanh Ngo*
Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org
cwofsy@aclu.org

Tamara F. Goodlette
Laura P. Lunn
Monique R. Sherman
Rocky Mountain Immigrant Advocacy Network
tgoodlette@rmian.org
llunn@rmian.org
msherman@rmian.org

*Attorneys for Petitioners-Plaintiffs*
*\* Attorney not yet admitted to the District of Colorado*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I electronically filed the foregoing **PROOF OF SERVICE PURUSANT TO COURT ORDER (ECF 10)** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

*/s/ Sara R. Neel*
Sara R. Neel