# EXHIBIT A

## Sara Neel - she/her/hers

**From:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Sent:** Monday, April 14, 2025 10:47 AM
**To:** Sara Neel - she/her/hers
**Cc:** Emma Mclean-Riggs; Annie Kurtz; Tim Macdonald
**Subject:** RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

**This Message Is From an External Sender**
This message came from outside your organization.

Thank you – just saw it.

From: Sara Neel - she/her/hers <sneel@aclu-co.org>
Sent: Monday, April 14, 2025 10:35 AM
To: Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
Cc: Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
Subject: [EXTERNAL] RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Kevin – attached is the Court's order that was just issued and wanted to ensure that you received it in a timely manner.

Sara R. Neel
Pronouns: she, hers

Senior Staff Attorney | Managing Attorney
American Civil Liberties Union of Colorado
303 E. 17th Ave., Suite 350, Denver, CO 80203
720.402.3107 | sneel@aclu-co.org
aclu-co.org



From: Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
Sent: Monday, April 14, 2025 10:09 AM
To: Sara Neel - she/her/hers <sneel@aclu-co.org>
Cc: Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
Subject: RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Sara,

Thank you. And sorry about that; I hope to have an answer on delegation in the next hour or two. Also, I have now figured out how to get the ECF notices, so you don't need to forward them any more.

1

Kevin

---

**From:** Sara Neel - she/her/hers <sneel@aclu-co.org>
**Sent:** Monday, April 14, 2025 10:06 AM
**To:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** [EXTERNAL] RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Kevin – here is an ECF filing from this morning. I will continue to forward until an appearance is entered on behalf of the defendants as we receive more notices.  Sara

---

**From:** Sara Neel - she/her/hers
**Sent:** Monday, April 14, 2025 6:31 AM
**To:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Good morning – the attached entries of appearance were filed in the case last night.  Still no other word from the Court.  Sara

---

**From:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Sent:** Sunday, April 13, 2025 4:07 PM
**To:** Sara Neel - she/her/hers <sneel@aclu-co.org>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Thanks for letting me know.

---

**From:** Sara Neel - she/her/hers <sneel@aclu-co.org>
**Sent:** Sunday, April 13, 2025 4:03 PM
**To:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** [EXTERNAL] RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Kevin – the case was just assigned, see ECF notice attached.  Sara

---

**From:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Sent:** Sunday, April 13, 2025 12:55 PM
**To:** Sara Neel - she/her/hers <sneel@aclu-co.org>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Thanks, Sara, for copying me on the email!

---

**From:** Sara Neel - she/her/hers <sneel@aclu-co.org>
**Sent:** Sunday, April 13, 2025 12:20 PM
**To:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** [EXTERNAL] RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Kevin – I just copied you on an email to the Court Clerk. That way you are also in the loop if we receive any information from the Court not via PACER. Sara

---

**From:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Sent:** Sunday, April 13, 2025 10:54 AM
**To:** Sara Neel - she/her/hers <sneel@aclu-co.org>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Thanks, Sara. And also please feel free to call or text my cell, 720-226-3595.

Kevin

---

**From:** Sara Neel - she/her/hers <sneel@aclu-co.org>
**Sent:** Sunday, April 13, 2025 10:08 AM
**To:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** [EXTERNAL] RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

I do remember seeing the notification yesterday that PACER would be down today. If I hear back from the clerk today, I will let you know. Sara

---

**From:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Sent:** Sunday, April 13, 2025 10:02 AM
**To:** Sara Neel - she/her/hers <sneel@aclu-co.org>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Thanks, Sara. That's much appreciated, especially since, as you may have seen, PACER appears to be down nationwide today for maintenance, so I have not been able to log on to monitor the docket. I am still awaiting word on whether our office will be handling this matter or if another DOJ component will; I am working on finding out.

Kevin

**Kevin Traskos**
Chief, Civil Division
United States Attorney's Office | District of Colorado

1801 California Street, Suite 1600
Denver, CO  80202
Work cell: (720) 226-3595
Email:   kevin.traskos@usdoj.gov

---

**From:** Sara Neel - she/her/hers <sneel@aclu-co.org>
**Sent:** Saturday, April 12, 2025 11:04 PM
**To:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>; Grewell, Bishop (USACO) <Bishop.Grewell@usdoj.gov>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** [EXTERNAL] RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Kevin,

Thank you for the response.  I will certainly circulate any filings or information we receive from the court.

Sara

**Sara R. Neel**
Pronouns: she, hers

Senior Staff Attorney|Managing Attorney
American Civil Liberties Union of Colorado
303 E. 17th Ave., Suite 350, Denver, CO 80203
720.402.3107  |sneel@aclu-co.org
aclu-co.org



---

**From:** Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Sent:** Saturday, April 12, 2025 10:42 PM
**To:** Sara Neel - she/her/hers <sneel@aclu-co.org>; Grewell, Bishop (USACO) <Bishop.Grewell@usdoj.gov>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** RE: Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Sara,

Thanks for this email and your other email, which I just saw.  I am now attempting to contact agency counsel for the respondents and also trying to determine whether this case is one that will be handled by our office or by another DOJ component.  Until I hear back, I don't expect we'll be able to respond to your other questions.  In the immediate term, if the case gets assigned to a judge or if any orders are issued, I would greatly appreciate it if you can let me know.  Thanks.

Kevin

**Kevin Traskos**
Chief, Civil Division
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Work cell: (720) 226-3595
Email:   kevin.traskos@usdoj.gov

---

**From:** Sara Neel - she/her/hers <sneel@aclu-co.org>
**Sent:** Saturday, April 12, 2025 7:36 PM
**To:** Grewell, Bishop (USACO) <Bishop.Grewell@usdoj.gov>; Traskos, Kevin (USACO) <Kevin.Traskos@usdoj.gov>
**Cc:** Emma Mclean-Riggs <emcleanriggs@aclu-co.org>; Annie Kurtz <akurtz@aclu-co.org>; Tim Macdonald <tmacdonald@aclu-co.org>
**Subject:** [EXTERNAL] Emergency Motion for Temporary Restraining Order and Class Petition for Writ of Habeas Corpus

Counsel,

We represent Richard Montilla Moreno and Diandry de Jesus Bernal Urdaneta (Petitioners), Venezuelan citizens currently in detention at the Immigration and Customs Enforcement's ("ICE") Denver Contract Detention Facility in Aurora, Colorado.

This evening, we are filing a Class Petition for Writ of Habeas Corpus and Complaint, Emergency Motion for Temporary Restraining Order, and Motion for Class Certification in federal court seeking, among other things, to prevent the government's use of the Alien Enemies Act with respect to Petitioners and all others similarly situated in Colorado.

Petitioners and the class they seek to represent are at imminent risk of deportation under the Alien Enemies Act.

We are also seeking leave to file pseudonymously, under our clients' initials, because of the risk to Petitioners should they be identified, and their right to confidentiality as people raising fear-based claims in their immigration matters.  We ask that you keep Petitioners' identities confidential and not disclose them publicly.

Please advise as to your position on our motion for TRO, motion for class cert, and motion to proceed pseudonymously.

We also ask for your immediate agreement not to remove Petitioners from the jurisdiction of this Court until this lawsuit can be resolved.

Thank you,

**Sara R. Neel**
Pronouns: she, hers

Senior Staff Attorney|Managing Attorney
American Civil Liberties Union of Colorado
303 E. 17th Ave., Suite 350, Denver, CO 80203

5

720.402.3107 | sneel@aclu-co.org
aclu-co.org

