IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01163-CNS-CYC

D.B.U, and
R.M.M., on behalf of themselves and others similarly situated,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PAMELA BONDI, Attorney General of the United States, in her official capacity,
KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,
MARCO RUBIO, Secretary of State, in his official capacity,
ROBERT GUADIAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity, and
DAWN CEJA, Warden, Denver Contract Detention Facility, in her official capacity.

    Respondents-Defendants.

## ENTRY OF APPEARANCE FOR RESPONDENTS

    To the Clerk of Court and all parties of record:

    I certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Respondents, in their official capacities.

1

Dated: April 14, 2025

        Respectfully submitted,

        J. BISHOP GREWELL
        Acting United States Attorney

        s/Kevin Traskos
        ***Kevin T. Traskos***
        Chief, Civil Division
        Assistant U.S. Attorney
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Email: kevin.traskos@usdoj.gov

        Counsel for Respondents in their official capacities

## CERTIFICATE OF SERVICE

I certify that on April 14 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients by e-mail:

Sara R. Neel, sneel@aclu-co.org
Timothy R. MacDonald, tmacdonald@aclu-co.org
Emma K. McLean-Riggs, emcleanriggs@aclu-co.org
Anna I. Kurtz, akurtz@aclu-co.org

Counsel for Petitioners D.B.U and R.M.M.

and I certify that on the same date I am causing the foregoing to be delivered to the following non-CM/ECF participants in the manner (mail, email, hand delivery, etc.) indicated by the nonparticipant's name:

None.

*s/Kevin Traskos*
Assistant United States Attorney