IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-1163-CNS

D.B.U. *et al.*,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Respondents-Defendants.

### AFFIDAVIT OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(i), counsel for Petitioners-Plaintiffs served Respondents-Defendants via certified mail through the United State Postal Service,[1] as follows:

Service of process on the United States of America and Respondent-Defendant U.S. Department of Homeland Security, including copies of all filings as of the time service, was effectuated via certified mail through the United States Postal Service on April 14, 2025 (Documents included ECF 1 through ECF 11).

Service of process on the following Respondents-Defendants was effectuated via certified mail through the United States Postal Service on April 16, 2025, (Documents included ECF 1 through ECF 15-2):

- DONALD J. TRUMP, in his official capacity as President of the United States
- PAMELA BONDI, Attorney General of the United States, in her official capacity

---

[1] See Ex. A, Certified Mail Receipts.

- KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity
- TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity
- U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
- MARCO RUBIO, Secretary of State, in his official capacity
- U.S. STATE DEPARTMENT
- ROBERT GAUDIAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity
- DAWN CEJA, Warden, Denver Contract Detention Facility, in her official capacity

Respectfully submitted,

*s/ Sara R. Neel*

_____
Timothy R. Macdonald
Sara R. Neel
Emma Mclean-Riggs
Anna I. Kurtz
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF COLORADO
303 E. 17th Avenue
Denver, CO 80203
(720) 402-3107
sneel@aclu-co.org
emcleanriggs@aclu-co.org
akurtz@aclu-co.org

Lee Gelernt*
Daniel Galindo*
Ashley Gorski*
Patrick Toomey*
Sidra Mahfooz*
Omar Jadwat
Hina Shamsi*

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor

New York, NY 10004

(212) 549-2660
lgelernt@aclu.org

dgalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
odjadwat@aclu.org
hshamsi@aclu.org

Noelle Smith*
Oscar Sarabia Roman*
My Khanh Ngo*
Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org
cwofsy@aclu.org

Tamara F. Goodlette
Laura P. Lunn
Monique R. Sherman
Rocky Mountain Immigrant Advocacy Network
tgoodlette@rmian.org
llunn@rmian.org
msherman@rmian.org

*Attorneys for Petitioners-Plaintiffs*
*\* Attorney not yet admitted to the District of Colorado*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2025, I electronically filed the foregoing **AFFIDAVIT OF SERVICE** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

*/s/ Mia Bailey*
_____
Mia Bailey