# EXHIBIT A

Case No. 1:25-cv-01163-CNS    Document 23-1    filed 04/16/25    USDC Colorado    pg 2 of 3






