### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01163-CNS-CYC

D.B.U, and
R.M.M., on behalf of themselves and others similarly situated,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PAMELA BONDI, Attorney General of the United States, in her official capacity,
KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,
MARCO RUBIO, Secretary of State, in his official capacity,
ROBERT GUADIAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity, and
DAWN CEJA, Warden, Denver Contract Detention Facility, in her official capacity.

    Respondents-Defendants.

### ENTRY OF APPEARANCE FOR RESPONDENTS

To the Clerk of Court and all parties of record:

I certify that I am admitted provisionally to practice in the United States District Court for the District of Colorado, and I appear in this case as counsel for Respondents in their official capacities.

1

Dated: April 18, 2025

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General
        Civil Division


        <u>s/Michael Velchik</u>
        ***Michael Velchik***
        Senior Counsel
        Civil Division
        U.S. Department of Justice
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044-0878
        Telephone: (202) 305-7920
        Email: michael.velchik@usdoj.gov

        Counsel for Respondents in their official capacities

## CERTIFICATE OF SERVICE

I certify that on April 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients by e-mail:

Sara R. Neel, sneel@aclu-co.org
Timothy R. MacDonald, tmacdonald@aclu-co.org
Emma K. McLean-Riggs, emcleanriggs@aclu-co.org
Anna I. Kurtz, akurtz@aclu-co.org
Omar C. Jadwat, ojadwat@aclu.org
Lee Gelernt, lgelernt@aclu.org

Counsel for Petitioners D.B.U and R.M.M.

and I certify that on the same date I am causing the foregoing to be delivered to the following non-CM/ECF participants in the manner (mail, email, hand delivery, etc.) indicated by the nonparticipant's name:

None.

*s/Michael Velchik*
Senior Counsel