IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Criminal Action: | 25-cv-01163-CNS | Date: April 21, 2025 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| D.B.U. | *Laura Lunn* |
| R.M.M. | *Timothy Macdonald* |
|  | *Emma Mclean-Riggs* |
|  | *Sara Neel* |
| **Petitioners-Plaintiffs** | |
| v. | |
| DONALD J. TRUMP | *Kevin Traskos* |
| PAMELA BONDI | *Michael Velchik* |
| KRISTI NOEM | |
| US DEPARTMENT OF HOMELAND SECURITY | |
| TODD LYONS | |
| US IMMIGRATION AND CUSTOMS ENFORCEMENT | |
| MACRO RUBIO | |
| US STATE DEPARTMENT | |
| ROBERT GAUDIAN | |
| DAWN CEJA | |
| **Respondents-Defendants** | |

### COURTROOM MINUTES

**MOTION HEARING RE: TEMPORARY RESTRAINING ORDER**

Court in Session: 9:01 a.m.

Appearance of counsel.

Argument given on [2] Motion for Temporary Restraining Order given by Mr. Macdonald and Mr. Velchik with questions from the Court.

**ORDERED:** **[2] Motion for Temporary Restraining Order is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess: 10:05 a.m.        Hearing concluded.        Total time in Court: 01:04