## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action 25-cv-01163-CNS

D.B.U, and
R.M.M., on behalf of themselves and others similarly situated,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PAMELA BONDI, Attorney General of the United States, in her official capacity,
KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,
MARCO RUBIO, Secretary of State, in his official capacity,
ROBERT GUADIAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity, and
DAWN CEJA, Warden, Denver Contract Detention Facility, in her official capacity,

    Respondents-Defendants.

## NOTICE OF APPEAL

The Respondents identified above appeal to the United States Court of Appeals for the Tenth Circuit from the district court's Minute Order at ECF No. 10, Order at ECF No. 14, and Order at ECF No. 35.

Dated:  April 23, 2025

                Respectfully submitted,

                YAAKOV M. ROTH
                Acting Assistant Attorney General
                Civil Division

                s/Michael Velchik_____
                ***Michael Velchik***
                Senior Counsel
                Civil Division
                U.S. Department of Justice
                P.O. Box 878, Ben Franklin Station
                Washington, DC 20044-0878
                Telephone:  (202) 514-2000
                Email: michael.velchik@usdoj.gov

                J. BISHOP GREWELL
                Acting United States Attorney

                s/Kevin Traskos_____
                ***Kevin T. Traskos***
                Chief, Civil Division
                Assistant U.S. Attorney
                1801 California St., Suite 1600
                Denver, Colorado 80202
                Telephone:  (303) 454-0100
                Kevin.traskos@usdoj.gov

                Counsel for Respondents

## CERTIFICATE OF SERVICE

     I certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

                          s/Kevin Traskos_____
                          ***Kevin T. Traskos***