**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action 25-cv-01163-CNS

D.B.U, and
R.M.M., on behalf of themselves and others similarly situated,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PAMELA BONDI, Attorney General of the United States, in her official capacity,
KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,
MARCO RUBIO, Secretary of State, in his official capacity,
ROBERT GUADIAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity, and
DAWN CEJA, Warden, Denver Contract Detention Facility, in her official capacity,

    Respondents-Defendants.

---

**EMERGENCY MOTION BY RESPONDENTS
FOR ORDER ON STAY OF RELIEF PENDING APPEAL**

---

Respondents move under Federal Rule of Civil Procedure 62(d) for an order suspending and staying the relief that was granted by the Court in its Minute Order at ECF No. 10, its Order at ECF No. 14, and its Order at ECF No. 35 (collectively "Orders").

This motion is properly presented to this Court. Respondents have filed a notice of appeal of those Orders. *See* ECF No. 38. Federal Rule of Appellate Procedure 8(a)(1) provides, in relevant part, that a party seeking "an order suspending, modifying, restoring,

1

or granting an injunction while an appeal is pending" must "ordinarily move first in the district court" for such relief.  *See also* Fed. R. Civ. P. 62(d) (e).

As grounds for the relief, Respondents submit that Petitioners have not met their heavy burden to obtain the relief that was granted.  Respondents also rely on all the grounds that Respondents set forth at ECF No. 26 in their "Response to Petitioners-Plaintiffs' Emergency Motion for Temporary Restraining Order," as well as set forth by Respondents at the hearing held by the Court on April 21, 2025.  ECF Nos. 35, 36.

In accordance with D.C.COLO.LCivR 7.1(a), undersigned counsel for Respondents certifies that he conferred with counsel for Petitioners as to this motion, and counsel for Petitioners represented that Petitioners oppose the relief sought in this motion.

Respondents request that the Court issue an immediate order on this motion.  If the Court is inclined to deny this motion, Respondents recognize that the Court just held a hearing on this matter two days ago, on April 21, 2025, and Respondents have no objection to the Court doing so without requiring a response from the Petitioners or holding a hearing.

Dated:  April 23, 2025

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General
        Civil Division

        s/Michael Velchik
        ***Michael Velchik***
        Senior Counsel
        Civil Division
        U.S. Department of Justice
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044-0878
        Telephone:  (202) 514-2000
        Email: michael.velchik@usdoj.gov


        J. BISHOP GREWELL
        Acting United States Attorney

        s/Kevin Traskos
        ***Kevin T. Traskos***
        Chief, Civil Division
        Assistant U.S. Attorney
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Telephone:  (303) 454-0100
        Kevin.traskos@usdoj.gov

        Counsel for Respondents

## CERTIFICATE OF SERVICE

     I certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

                                              <u>s/Kevin Traskos</u>                
                                              ***Kevin T. Traskos***