**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-1163-CNS

D.B.U. *et al*.,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,

    Respondents-Defendants.

**NOTICE OF CISNEROS DECLARATION**

    Petitioners-Plaintiffs ("Petitioners") respectfully write to alert the Court that the government revealed new, directly relevant information yesterday, April 23, 2025, in a declaration submitted at 2:13pm CDT to the Southern District of Texas, which the government submitted directly to the court under seal. *See J.A.V. v. Trump*, No. 1:25-cv-072 (S.D. Tex. filed Apr. 23, 2025), ECF No. 45, Exhibit D. That declaration, along with an exhibit that was omitted yesterday, was docketed today around 10:16am CDT at ECF No. 49. The declaration concerns the amount of notice that the government is providing to individuals who are designated for removal under the Alien Enemies Act ("AEA").

    At a hearing in the afternoon of April 24, 2025, the Southern District of Texas granted a motion to unseal the Cisneros Declaration, *see* ECF No. 49, so Petitioners are now providing this Court a copy of that declaration and its accompanying exhibit. Attached hereto as Exhibit A. The government has previously suggested that notice of designation 24 hours ahead of scheduled removal was sufficient. The declaration states that

individuals are given **12 hours'** notice, Ex. A, Cisneros Decl. ¶ 11, and that if they express an intent to file a habeas petition, they are given 24 hours to actually file that petition, *id*.

Dated: April 24, 2025

Respectfully submitted,

/s/ Sara R. Neel_____
Timothy R. Macdonald
Sara R. Neel
Emma Mclean-Riggs
Anna I. Kurtz
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF COLORADO
303 E. 17th Avenue
Denver, CO 80203
(303) 777-5482
tmacdonald@aclu-co.org
sneel@aclu-co.org
emcleanriggs@aclu-co.org
akurtz@aclu-co.org

Lee Gelernt
Daniel Galindo*
Ashley Gorski*
Patrick Toomey*
Sidra Mahfooz*
Omar Jadwat
Hina Shamsi*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
odjadwat@aclu.org
hshamsi@aclu.org

Noelle Smith*
Oscar Sarabia Roman*
My Khanh Ngo*

1

Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org
cwofsy@aclu.org

Tamara F. Goodlette
Laura P. Lunn
Monique R. Sherman
Rocky Mountain Immigrant Advocacy Network
7301 Federal Blvd., Suite 300
Westminster, CO  80030
(303) 433-2812
tgoodlette@rmian.org
llunn@rmian.org
msherman@rmian.org

*Attorneys for Petitioners-Plaintiffs*
*\* Attorney not yet admitted to the District of Colorado*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, I electronically filed the foregoing **NOTICE OF CISNEROS DECLARATION** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

*/s/ Mia Bailey*_____
Mia Bailey