**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-1163-CNS

D.B.U. *et al.*,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Respondents-Defendants.

**INDEX OF EXHIBITS
PETITIONERS-PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

A. Declaration of Rebecca Hanson

B. Declaration of Andrés Antillano

C. Declaration of Steven Dudley

D. Declaration of Sarah Bishop

E. Declaration of Juanita Goebertus

F. Declaration of Paulina Reyes

G. Declaration of Linette Tobin

H. Declaration of Oscar Sarabia Roman

I. Declaration of Monique Sherman

J. Declaration of Henry D. Hollithron