FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

May 12, 2025

Christopher M. Wolpert
Clerk of Court

---

D.B.U., on behalf of themselves and others similarly situated; R.M.M., on behalf of themselves and others similarly situated,

    Petitioners - Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA J. BONDI, Attorney General of the United States in her official capacity; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCO RUBIO, Secretary of State, in his official capacity; U.S. STATE DEPARTMENT; ROBERT GAUDIAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity; DAWN CEJA, Warden, Denver Contract Detenetion Facility, in her official capacity,

    Respondents - Appellants.

No. 25-1164
(D.C. No. 1:25-CV-01163-CNS)
(D. Colo.)

---

**ORDER**

---

This matter is before the court on Appellants' *Motion for Voluntarily Dismissal*. Upon consideration, the motion is granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk