# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01163-CNS

D.B.U., and
R.M.M., on behalf of themselves and others similarly situated,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
PAMELA BONDI, in her official capacity as Attorney General of the United States
KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
MARCO RUBIO, in his official capacity as Secretary of State,
U.S. STATE DEPARTMENT,
ROBERT GUADIAN, in his official capacity as Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, and
DAWN CEJA, in her official capacity as Warden, Denver Contract Detention Facility,

    Respondents-Defendants.

## NOTICE OF APPEAL

The Respondents identified above appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's Order at ECF No. 52, and its related Order at ECF No. 51.

1

Dated: July 7, 2025

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        Drew C. Ensign
        Deputy Assistant Attorney General
        Civil Division

        s/ Michael Velchik
        ***Michael Velchik***
        Senior Counsel to the Assistant Attorney General
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 860-3833
        Email: michael.velchik@usdoj.gov

        *Counsel for Respondents*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

                                          *s/ Michael Velchik*
                                          Michael Velchik