**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-1163-CNS

D.B.U. *et al*.,

Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,

Respondents-Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Pursuant to D.C.COLO.LAttyR 5(b), Anna I. Kurtz hereby moves to withdraw as counsel for Defendants. Pursuant to D.C.COLO.LCivR 7.1(b)(4), conferral was not required before filing this motion.

There is good cause to grant his motion. Ms. Kurtz is leaving the ACLU of Colorado, and the Petitioners-Plaintiffs will still be represented by Timothy Macdonald, Sara Neel, and Emma Mclean-Riggs.

WHEREFORE undersigned counsel respectfully requests that the Court grant this motion to withdraw as counsel for the Petitioners-Plaintiffs.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Anna I. Kurtz*
Anna I. Kurtz
ACLU OF COLORADO
303 E. 17th Avenue
Denver, CO 80203
(720) 402-3157
akurtz@aclu-co.org

*Attorney for Petitioners-Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

*/s/ Kara Narberes*
Kara Narberes