**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-1163-CNS

D.B.U. *et al*.,

Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,

Respondents-Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel, Tamara F. Goodlette, moves to withdraw as counsel for Petitioners-Plaintiffs. Pursuant to D.C.COLO.LCivR 7.1(b)(4), conferral was not required before filing this motion.

There is good cause to grant this motion. Ms. Goodlette is leaving the Rocky Mountain Immigrant Advocacy Network (RMIAN), and the Petitioners-Plaintiffs will continue to be represented by other RMIAN attorneys Laura P. Lunn and Monique R. Sherman, as well as counsel from the ACLU of Colorado and the ACLU Foundation.

This motion has been served on all counsel of record in the case and on Ms. Goodlette's clients, the Petitioners-Plaintiffs in this matter, as required by D.C.COLO.LAttyR 5(b).

Accordingly, undersigned counsel respectfully requests that the Court grant this motion to withdraw as counsel for the Petitioners-Plaintiffs.

Dated: September 14, 2026

Respectfully submitted,

*<u>/s/ Tamara F. Goodlette</u>*
Tamara F. Goodlette
Rocky Mountain Immigrant Advocacy Network
7301 Federal Blvd., Suite 300
Westminster, CO 80030
(303) 433-2812
tgoodlette@rmian.org

*Attorney for Petitioners-Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2026, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5(b)(2)(E), all counsel of record shall be served electronically through such filing.

I further certify that on September 14, 2026, I served the foregoing **MOTION TO WITHDRAW AS COUNSEL** on Ms. Goodlette's clients, the Petitioners-Plaintiffs in this matter, by mailing it to them via pre-paid first class U.S. Mail in accordance with Fed. R. Civ. P. 5(b)(2)(C).

*/s/ Tamara F. Goodlette*
Tamara F. Goodlette