**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-1163-CNS

D.B.U. *et al*.,

Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,

Respondents-Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel hereby moves to withdraw Anna I. Kurtz as counsel for Defendants. Pursuant to D.C.COLO.LCivR 7.1(b)(4), conferral was not required before filing this motion.

This motion has been served on all counsel of record in the case and on the Petitioners-Plaintiffs in this matter, as required by D.C.COLO.LAttyR 5(b).

There is good cause to grant his motion. Following Ms. Kurtz's withdrawal from this case, the Petitioners-Plaintiffs will still be represented by Timothy Macdonald, Sara Neel, and Emma Mclean-Riggs of the ACLU of Colorado.

WHEREFORE undersigned counsel respectfully requests that the Court grant this motion to withdraw Ms. Kurtz as counsel for the Petitioners-Plaintiffs.

Dated: September 16, 2026

Respectfully submitted,

*/s/ Sara R. Neel*
Sara R. Neel
ACLU FOUNDATION OF COLORADO
303 E. 17th Avenue
Denver, CO 80203
(720) 402-3107
sneel@aclu-co.org

*Attorney for Petitioners-Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

*/s/ Kara Narberes*
Kara Narberes